■ KAREN A. KOSOVSKY, Appellant, v KENNETH ZAHL, Respondent. [618 NYS2d 204] —Order, Supreme Court, New York County (David Saxe, J.), entered May 4, 1994, unanimously affirmed for the reasons stated by Saxe, J., without costs and without disbursements. No opinion. Concur—Sullivan, J. P., Carro, Kupferman, Nardelli and Tom, JJ.